**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2577**

_____

In Re: LAMONT MAURICE EL, a/k/a Lamont Butler,

Petitioner.

_____

On Petition for Writ of Habeas Corpus.

_____

Submitted:  April 7, 2016          Decided:  April 20, 2016

_____

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

_____

Petition dismissed by unpublished per curiam opinion.

_____

Lamont Maurice El, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamont Maurice El petitions for an original writ of habeas corpus challenging his confinement. This court ordinarily declines to entertain original habeas corpus petitions under 28 U.S.C. § 2241 (2012), and this case provides no reason to depart from the general rule. Moreover, we find that a transfer to the district court would not be in the interest of justice. See 28 U.S.C. § 1631 (2012). Accordingly, we deny Maurice El leave to proceed in forma pauperis, deny his motions to amend the petition, deny as moot his motion to correct the caption, and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DISMISSED